UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 24-46-DLB-EBA

KYLE THOMPSON                                                                                   PLAINTIFF

v.                                                    **ORDER**

COOKIE CREWS, et al.                                                                       DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon Plaintiff Kyle Thompson's Motions for Preliminary Injunction (Doc. # 32 and 37) and Motion to Stay (Doc. # 36). Consistent with local practice, this motion was referred to Magistrate Judge Edward B. Atkins for the purpose of preparing a Report and Recommendation. Judge Atkins issued a Report and Recommendation, wherein he recommends that the motions be denied (Doc. # 42). No objections having been filed, and the time to do so having now expired, the Report and Recommendation is ripe for the Court's consideration. The Court having reviewed the Report and Recommendatuon and finding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1) The Report and Recommendation (Doc. # 42) is hereby **ADOPTED** as the opinion of the Court;

(2) Thompson's Motions for Preliminary Injunction (Doc. # 32 and 37) are **DENIED**;

(3) Thompson's Motion to Stay (Doc. # 36) is **DENIED**.

1

This 27th day of May 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-46 Order Adopting R&R Denying Preliminary Injunction.docx